UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHARLES PILOT,

        Plaintiff,

                                                      CASE NO. 15-CV-14047
v.                                         HONORABLE GEORGE CARAM STEEH

RICK SNYDER, BILL SCHUTTE,

        Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DOC. #7)

Plaintiff, Michael Charles Pilot, proceeding pro se, filed a complaint naming Rick Snyder and Bill Schutte as defendants. Plaintiff alleges that defendants failed to correct his Michigan Criminal Report and remove two prior felonies from that report. A nearly identical complaint was filed before Judge Avern Cohn. 15-13386, *Michael Charles Pilot v. Rick Snyder, et al*. Judge Cohn dismissed the action and directed the clerk to return plaintiff's filing fee. This court, following Judge Cohn's direction, dismissed this case and directed the clerk to return plaintiff's filing fee. (Doc. #6). Plaintiff seeks reconsideration. (Doc. #7).

The Local Rules of the Eastern District of Michigan provide that "[a] motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order." E.D. Mich. LR 7.1(h)(1). The court "will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." E.D. Mich. LR 7.1(h)(3). To obtain reconsideration of a court order, "the movant must not only demonstrate a palpable defect by which the

court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case." *Id.* A palpable defect "is a defect which is obvious, clear, unmistakable, manifest, or plain." *Ososki v. St. Paul Surplus Lines Ins. Co.*, 162 F.Supp.2d 714, 718 (E.D. Mich. 2001).

Plaintiff has not established a palpable defect with this court's order dismissing the case and directing the clerk to return his filing fee. As Judge Cohn observed, "even under a liberal pleading standard, the complaint fails to articulate a viable claim against any of the defendants." (Doc. #4 at 4 in No. 15-13386). Thus, plaintiff's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: December 30, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 30, 2015, by electronic and/or ordinary mail and also on Michael Charles Pilot, 14098 Marshall Ave., Macomb, MI 48089.

s/Barbara Radke
Deputy Clerk